445 A.2d 102

**COMMONWEALTH of Pennsylvania**

v.

**Michael A. REINHARD, Appellant.**

Supreme Court of Pennsylvania.

Argued April 15, 1982.

Decided May 19, 1982.

Carol K. McGinley, Asst. Public Defender, Aaron M. Matte, Allentown, for appellant.

William H. Platt, Dist. Atty., Allentown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.